**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kory Dean Krieger,<br><br>              Plaintiff,<br><br>v.<br><br>Nationwide Mutual Insurance Company,<br><br>              Defendant. | No. CV11-01059-PHX-DGC<br><br>**ORDER** |

Plaintiff, Kory Dean Krieger, has filed a motion for reconsideration.  Doc. 67.

**IT IS ORDERED** that Defendant shall file a response to the motion for reconsideration on or before **April 20, 2012.**

Dated this 12th day of April, 2012.

_____
David G. Campbell
United States District Judge